LINDSEY *v.* CITY OF ATLANTA *et al.*

BECK, Presiding Justice. The court did not err in refusing an injunction in this case. See *McKown* v. *Atlanta,* 184 *Ga.* 221 (190 S. E. 571), where it was held: "The business of selling at retail malt beverages in a city of this State, from its nature, admits of strict regulation under the police power, and is different from the business of selling drugs, sodas, etc. *Campbell* v. *Thomasville,* 6 *Ga. App.* 212 (64 S. E. 815). In the *Campbell* case, there cited, it was held: "A regulation that 'near beer' stands shall not be kept open during night hours, or on Sundays, election days, or legal holidays, is valid." And these rulings are supported by principles laid down by this court in *Morris* v. *Rome,* 10 *Ga.* 532, *Karwisch* v. *Atlanta,* 44 *Ga.* 204, and *Ison* v. *Griffin,* 98 *Ga.* 623 (25 S. E. 611).

*Judgment affirmed. All the Justices concur.*
No. 11817. MAY 18, 1937.

*Wellborn R. Ellis* and *A. L. Henson,* for plaintiff.
*J. C. Savage, C. S. Winn, Bond Almand,* and *J. C. Murphy,* for defendants.